**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| JAMES L. HARVEY, JR. and § <br> EDITH K. HARVEY § <br> vs. § <br> § <br> § <br> J.B. HUNT TRANSPORT, INC. § | Civil Action No.  1:23-cv-00742 |

## DEFENDANT J.B. HUNT TRANSPORT, INC.
## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant J.B. Hunt Transport, Inc. (Defendant) files this Notice of Removal from the 483RD Judicial District Court of Hays County, Texas, to the United States District Court for the Western District of Texas, Austin Division, and respectfully states the following:

### Jurisdiction and Venue

1. Plaintiffs James L. Harvey, Jr. and Edith K. Harvey initiated this action on May 19, 2023, by filing Plaintiffs' Original Petition (the **Petition**) in the 483rd Judicial District Court, Hays County, San Marcos, Texas as Cause No. 23-1242 (the **State Court Action**). This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1). Because Plaintiffs filed their Petition in Hays County, Texas, venue is proper in the United States District Court for the Western District of Texas, Austin Division.

### Timeliness of Removal

2. This Notice of Removal is timely filed. J.B. Hunt was served with citation and a copy of the Plaintiffs' Original Petition, in the State Court Action on June 9, 2023.

3. This Notice of Removal is being filed within thirty (30) days after the receipt of the Petition by the only Defendant in this lawsuit, and is timely under 28 U.S.C. § 1446(b).

### Grounds for Removal

4. Plaintiffs filed the State Court Action on May 19, 2023, asserting negligence claims against Defendant for personal injuries and lost wages allegedly arising out of an incident on July 22, 2021. Plaintiffs have not demanded a jury trial in the State Court Action.

5. The State Court Action may be removed to this Court, pursuant to 28 U.S.C. § 1441(a), because this court has original jurisdiction of the claims and parties in the State Court Action pursuant to 28 U.S.C. § 1332 and is the district and division embracing the place where the State Court Action is pending.

*Diversity of Citizenship*

6. Complete diversity of citizenship exists as the parties are citizens of different states. Plaintiffs are individual residents of Hays County, Texas and citizens of the state of Texas. *See* Plaintiffs' Original Petition attached herein as Exhibit A.

7. J.B. Hunt is a corporation formed under the laws of the state of Georgia with its principal place of business in Lowell, Arkansas. J.B. Hunt's headquarters are in Lowell, Arkansas, where J.B. Hunt's high-level officers direct, control, and coordinate J.B. Hunt's activities. For diversity jurisdiction purposes, J.B. Hunt is a citizen of the states of Arkansas and Georgia.

*Amount in Controversy*

8. The amount in controversy exceeds $75,000, excluding interest, costs and attorney's fees. Plaintiffs affirmatively pled in the Petition filed in state court that "Plaintiffs seek monetary relief over $1,000,000.00." Exhibit A, at ¶ II.

### Required Documents

True and correct copies of all documents filed in the state court action, are attached hereto as follows:

> Exhibit A – Plaintiff's Original Petition (filed in the State Court Action on May 19, 2023);
>
> Exhibit B - A copy of the docket sheet in the State Court Action
>
> Exhibit C – Request for Citation on J.B. Hunt Transport, Inc.; (filed June 1, 2023);
>
> Exhibit D – Citation and Return on J.B. Hunt Transport, Inc. (filed June 15, 2023);
>
> Exhibit E – Defendant J.B. Hunt Transport, Inc. Original Answer (filed in the State Court Action on June 29, 2023);
>
> Exhibit F – Defendant J.B. Hunt Transport, Inc.'s Demand for Jury Trial (filed in the State Court Action on June 29, 2023); and,
>
> Exhibit G – Defendant J.B. Hunt Transport, Inc.'s Motion to Designate Responsible Third Party (filed in the State Court Action on June 29, 2023)

### Notice of Removal

9. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal to all adverse parties and a true and correct copy of this Notice of Removal will be filed with the District Clerk of Hays County, Texas.

10. Defendant demands a trial by jury.

### Request for Relief

Defendant J.B. Hunt Transport, Inc. requests that the Court make such orders, if any, and take such action, if any, as may be necessary in connection with the removal of the State Court Action to this Court; and such other and further relief, both general and special, at law and in equity, to which Defendant may show itself justly entitled.

Respectfully submitted,

**LILLARD WRIGHT SYZGENDA RUSSELL WISE PLLC**

*/s/Michael C. Wright*

Michael C. Wright
Texas Bar No. 22049807
*mwright@rwtrial.com*
13760 Noel Road, Suite 1150
Dallas, Texas 75240
(972) 267-8400 (office)
(972) 267-8401 (fax)
**ATTORNEYS FOR DEFENDANT J.B. HUNT TRANSPORT, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on counsel of record *via electronic transmission,* on June 29, 2023:

*/s/Michael C. Wright*
Michael C. Wright