UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JAMES L. HARVEY JR., AND § <br> EDITH K. HARVEY, § <br> *Plaintiffs* § <br> § <br> v. § <br> § <br> J.B. HUNT TRANSPORT, INC., § <br> *Defendant* § § § | No.  1:23-CV-00742-DII |

## ORDER

In the wind down of fact and expert discovery, the parties filed several motions that the District Judge referred to the undersigned for resolution. *See* Dkt. 24, Plaintiffs' Motion to Compel; Dkt. 26, J.B. Hunt's Motion to Quash; Dkt. 29, J.B. Hunt's Motion to Exclude Plaintiffs' Expert Brent S. Wood; Dkt. 38, Plaintiffs' Motion to Extend Scheduling Order Deadlines (and Dkt. 46, Plaintiffs' Supplemental Motion to Extend Discovery Deadlines); Dkt. 44, J.B. Hunt's Motion to Compel Discovery Responses. The Court set the motions for a hearing, Dkt. 47, and after considering the parties' filings, the applicable law, and the arguments made at the hearing, the Court announced its rulings, and the reasons for them, on the record. This written order memorializes those rulings.

For the reasons stated on the record, the Court rules as follows:

<u>Plaintiffs' Motion to Compel, Dkt. 24</u>: The Court **DENIES** the motion as **MOOT**.

<u>J.B. Hunt's Motion to Quash, Dkt. 26</u>: The parties' sole remaining dispute in this motion relates to Plaintiffs' proposed topics 16 and 17, addressing J.B. Hunt's knowledge and utilization of various safety devices. The Court **GRANTS** the motion to the extent the topic can be read to extend beyond J.B. Hunt's Dock Door Policy in effect at the time of the incident or any of the policies applicable to the particular driver, vehicle, and location that are the subject of the incident at the time of the incident.

<u>J.B. Hunt's Motion to Exclude Plaintiffs' Expert Brent S. Wood, Dkt. 29</u>: The Court **DENIES** the motion.

<u>Plaintiffs' Motion and Supplemental Motion to Extend Scheduling Order Deadlines, Dkts. 38, 46</u>: The Court **DENIES** the motion.

<u>J.B. Hunt's Motion to Compel Discovery Responses, Dkt. 44</u>: The Court **GRANTS IN PART and DENIES IN PART** the remaining disputed items in the motion. In particular, the Court **GRANTS** the motion as to items 1-9 of the RFPs directed to Mr. Harvey and as to items 3-14 of the RFPs directed at Mrs. Harvey. The Court **ORDERS** Plaintiffs to produce any responsive, non-privileged materials within 21 days of this order. The Court **DENIES** the motion in all other respects.

SIGNED August 6, 2024.

                                                  DUSTIN M. HOWELL
                                                  UNITED STATES MAGISTRATE JUDGE